## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: *BASIL GILL DISHONGH III*　　　　　　　CASE NO. *17-10595*
　　DEBTOR(S)　　　　　　　　　　　　　　　CHAPTER 7

---

## MOTION TO AVOID A JUDGMENT LIEN

---

**COMES NOW** the Debtor named above and files this his Motion to Avoid a Judgment Lien, showing the court as follows:

That prior to filing his Chapter 7 Bankruptcy, the Creditor, had obtained a judgment against the Debtor.  The Creditor had filed said judgment in the judgment rolls of the Debtor home county, that being **Wilkinson County (Judgment No. 1124, Case No. 2010-0077)**.  That the judgment impairs an exemption that the Debtor will be otherwise be entitled to, under §85-3-21, Miss. Code Ann..  Therefore, the Debtor respectfully request that the Court receives and docket his Motion and that upon hearing the court issue an Order Avoiding the Judgment Lien of **BANCORP SOUTH,** against the Debtor.  For such other and further relief as this court deems just and proper under the circumstances.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　*BASIL GILL DISHONGH III*


　　　　　　　　　　　　　　　　/s/William S. Cunningham
　　　　　　　　　　　　　　　　William C. Cunningham
　　　　　　　　　　　　　　　　Attorney for Debtor

Prepared By:
WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
817 2nd Avenue North
Post Office Box 624
Columbus, MS 39703
Telephone: (662) 329-2455
Facsimile: (662) 329-4411
wccsinc@gmail.com
MS Bar No. 7964

## <u>CERTIFICATE OF SERVICE</u>

I, William C. Cunningham, Attorney for the Debtor herein, do hereby certify that I have mailed and/or electronically filed a true and correct copy the forgoing Motion to**,** by placing a copy of the same in an envelope addressed to them and depositing it in the United States mail, postage prepaid.

**Henry J. Applewhite, Chapter 7 Trustee**
happlewhite@applewhitelaw.com , happlewhite@ecf.epiqsystems.com

**Office of the U.S. Trustee**
USTPRegion05.AB.ECF@usdoj.gov

Bancorp South – PO Box 1406, Columbus, MS 39702

**SO CERTIFIED** February 22, 2017.


*/s/  William C. Cunningham*
WILLIAM C. CUNNINGHAM
ATTORNEY FOR DEBTOR

Prepared By:
WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
817 2nd Avenue North
Post Office Box 624
Columbus, MS 39703
Telephone: (662) 329-2455
Facsimile: (662) 329-4411
wccsinc@gmail.com
MS Bar No. 7964